**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LLOYD C. JUDD,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:11-cv-526-Orl-28DAB**

**MARSHALL PECK,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed April 4, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the "objection" to the Report and Recommendation (Doc. 11)[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 7, 2011 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *in forma pauperis* (Doc. No. 2) is **DENIED.**

3. The Court notes that Plaintiff has filed an Amended Complaint (Doc. No. 10). The Recommendation was to also dismiss this case without prejudice subject to Plaintiff

---

[1] Plaintiff's objection is interpreted as an agreement with the Report and Recommendation.

refiling an Amended Complaint that meets the pleading standard as to each claim asserted and renewal of a motion to proceed *in forma pauperis.* Plaintiff having filed both, the recommendation to dismiss this case is not adopted at this time. Plaintiff's renewed Motion to Proceed *in forma pauperis* (Doc. No. 12) is referred to Magistrate Judge Baker for consideration with Plaintiff's Amended Complaint (Doc. 10).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20th___ day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge